**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 25-89-DLB-EBA**

**DIMITRI S. WOLF** **PLAINTIFF**

**v.** **ORDER**

**COMMISSIONER COOKIE CREWS, et al.** **DEFENDANTS**

* * * * * * * * * * * * * * * *

This matter is before the Court upon the August 4, 2026 Recommended Disposition of United States Magistrate Judge Edward B. Atkins (Doc. # 43), wherein he recommends that Defendant's Motion for transportation to another facility (Doc. # 24) be denied. No objections have been filed. The Court having reviewed the Magistrate Judge's recommended disposition, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's recommended disposition (Doc. # 34) is hereby **ADOPTED** as the Order of the Court; and

(2) Defendant's Motion for transportation to another facility (Doc. # 24) is **DENIED**.

This 31st day of August, 2026.

**Signed By:**

***David L. Bunning***

**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2025\25-89 Order Adopting R&R DE 24.docx